RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Omar Marquez-Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OMAR MARQUEZ-HERNANDEZ,<br><br>    Defendant. | Case No. 2:18-mj-0987-PAL<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Omar Marquez-Hernandez, that the Status Conference currently scheduled on January 17, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1. Counsel requests the additional time to allow the client to review discovery and consider the offer from the government.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the status conference.

DATED this 16th day of January, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Kimberly Frayn*<br>By_____<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-0987-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| OMAR MARQUEZ-HERNANDEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for Thursday, January 17, 2019 at 11:00 a.m., be vacated and continued to January 31, 2019 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

DATED this 16th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE