RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Omar Marquez-Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>OMAR MARQUEZ-HERNANDEZ,<br><br>            Defendant. | Case No. 2:18-mj-00987-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Omar Marquez-Hernandez, that the Sentencing Hearing currently scheduled on May 15, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.   Counsel for the defendant requests the continuance to allow family members who have a conflict with the current date to attend sentencing

2.   The defendant is in custody and agrees with the need for the continuance.

3.   The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 25th day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OMAR MARQUEZ-HERNANDEZ,<br><br>　　　　Defendant. | Case No. 2:18-mj-00987-PAL-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, May 15, 2019 at 8:45 a.m., be vacated and continued to ___July 15, 2019___ at the hour of __10:00__ _A_.m.; or to a time and date convenient to the court.

　　DATED this _3rd_ day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　_/s/ signature_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE